■ In the Matter of CHELITA RAINEY, Appellant, v DAVID JAUDON, Respondent. — Order, Family Court, New York County (Kaplan, J.), entered on

September 19, 1979, unanimously affirmed, without costs and without disbursements. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Birns, J. P., Ross, Markewich, Bloom and Fein, JJ.